BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Email: Rebecca_Silbert@fd.org
Counsel for Defendant OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-0186 MMC |
| Plaintiff, | **STIPULATION REGARDING SENTENCE REDUCTION UNDER U.S.S.G. AMENDMENT 706 (AS AMENDED BY 711)**; ORDER THEREON |
| vs. | |
| HENRY OLIVER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 23

   Criminal History Category: VI

   Guideline Range: 92-115

   Mandatory Minimum: 60 months

Stip and Proposed Order Reduction Sentence            1

3. Defendant was sentenced to 92 months imprisonment on September 5, 2001.

4. Defendant completed the 500 hour RDAP program, and his current projected release date is September 7, 2008. His original release date, without the RDAP program, was February 17, 2009. It is the parties' understanding that the BOP will take defendant's reduction from the original release date, not from the RDAP release date.

5. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level:   21

Criminal History Category:   VI

Guideline Range:   77-96

7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

8. The parties stipulate that defendant's sentence should be reduced to 84 months. It is the parties understanding and intent that this reduction will result in defendant being released in approximately mid-June, 2008.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree and stipulate that an amended judgment may be entered by

the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

IT IS SO STIPULATED:

/S/

Date:  May 16, 2008
Rebecca Sullivan Silbert
Counsel for Henry Oliver

/S/

Date:  May 16, 2008
Candace Kelly
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. **The original Judgment in the above-captioned case is AMENDED to reduce the term of imprisonment to 84 months.**  All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

   Total Offense Level:  23

1     Criminal History Category:   VI

2     Guideline Range:   92-115

3     Mandatory Minimum: 60 months

4     Sentence Imposed:   92 months

5   4.   Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

6   3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

7   Guidelines Manual;

8   5.   Defendant's revised guideline calculation is as follows:

9     Total Offense Level:   21

10     Criminal History Category:   VI

11     Guideline Range:   77-96

12   6.   Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

13     18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*

14     *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.

15     2007).

16   7.   Defendant has waived his right to appeal the sentenced imposed by this Order.

19   Date:  May 21, 2008                           _____

20                                      Honorable Maxine M. Chesney
                                       Judge, United States District Court