BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Email: Rebecca_Silbert@fd.org
Counsel for Defendant OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-0186 MMC |
| Plaintiff, | **AMENDED STIPULATION REGARDING SENTENCE REDUCTION UNDER U.S.S.G. AMENDMENT 706 (AS AMENDED BY 711)**; ORDER THEREON |
| vs. | |
| HENRY OLIVER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1.  The Court has indicated that it is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2.  Defendant's original guideline calculation was as follows:

    Total Offense Level: 23

    Criminal History Category: VI

    Guideline Range:    92-115

    Mandatory Minimum: 60 months

Stip and Proposed Order Reduction Sentence          1

3. Defendant was sentenced to 92 months imprisonment on September 5, 2001.

4. Defendant completed the 500 hour RDAP program, and his current projected release date is September 7, 2008. His original release date, without the RDAP program, was February 17, 2009. It is the parties' understanding that the BOP will take defendant's reduction from the original release date, not from the RDAP release date.

5. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level:   21

   Criminal History Category:   VI

   Guideline Range:   77-96

7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

8. The parties earlier submitted a stipulation to reduce Mr. Oliver's sentence to 84 months, with the stated intent that Mr. Oliver would be released in mid-June, 2008. Upon receipt of the stipulation and Order, the BOP calculated Mr. Oliver's release date at July 20, 2008. It is the parties' understanding, based upon conversations with the BOP and review of documents issued by the BOP, that an amended Order for "Time Served Effective June 30, 2008" will achieve a result consistent with the parties' intent.

9. Accordingly, the parties stipulate that defendant's sentence should be reduced to "Time Served, Effective June 30, 2008."

10. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11. Defendant stipulates that he waives and does not request a hearing in this matter pursuant

to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

12. Defendant waives his right to appeal the district court's sentence.

13. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

IT IS SO STIPULATED:

Date:   June 24, 2008                                        /S/
                                                             _____
                                                             Rebecca Sullivan Silbert
                                                             Counsel for Henry Oliver


                                                             /S/
Date:   June 24, 2008                                        _____
                                                             Candace Kelly
                                                             Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## **AMENDED** ORDER

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. **The original Judgment in the above-captioned case is AMENDED to reduce the term of imprisonment to "Time Served, Effective June 30, 2008."** This is the second

Stip and Proposed Order Reduction Sentence                  3

1    Order amending the original Judgment (the first Order reduced the sentence from 92 to 84
2    months). All other aspects of the original judgment, including the length of term of
3    supervised release, all conditions of supervision, fines, restitution, and special assessment
4    remain as previously imposed.
5    3. Defendant's original guideline calculation was as follows:
6         Total Offense Level:   23
7         Criminal History Category:   VI
8         Guideline Range:   92-115
9         Mandatory Minimum: 60 months
10         Sentence Imposed:   92 months
11    4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §
12    3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission
13    Guidelines Manual;
14    5. Defendant's revised guideline calculation is as follows:
15         Total Offense Level:   21
16         Criminal History Category:   VI
17         Guideline Range:   77-96
18    6. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,
19    18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*
20    *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.
21    2007).
22    7. Defendant has waived his right to appeal the sentenced imposed by this Order.
23
24    Date: June 25, 2008        /s/ Maxine M. Chesney
25                                     Honorable Maxine M. Chesney
26                                     Judge, United States District Court