United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-0186-01 MMC |
| Plaintiff, | |
| v. | **ORDER MODIFYING THE CONDITIONS OF SUPERVISED RELEASE** |
| HENRY OLIVER, | |
| Defendant. / | |

ON THE JOINT MOTION OF THE PARTIES, and pending further supervised release violation proceedings, the Court modifies the offender's conditions of release to include the following:

The offender shall reside at the Residential Reentry Center (RRC), also known as Cornell Corrections, for a period of 120 days, and shall abide by the rules of the facility.

Dated: February 20, 2009

MAXINE M. CHESNEY
United States District Judge