1  JULIANA DROUS
   Attorney at Law, SBN 92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Fax: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   HENRY OLIVER

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            No. CR-01-0186 MMC

12         Plaintiff,
                                         **STIPULATION AND [PROPOSED]**
13                                       **ORDER**

14 HENRY OLIVER,

15         Defendant.             /

16

17     IT IS HEREBY STIPULATED between the parties that the sentencing hearing be continued for

18 one week, to January 23, 2013, at 2:15 p.m.  Juliana Drous, attorney for defendant Henry Oliver, has a

19 scheduling conflict January 16, 2013, the day sentencing is currently scheduled.

20

21 DATED: January 2, 2013              _____/s/   Juliana Drous_____
                                        JULIANA DROUS
22                                      Attorney for Defendant
                                        HENRY OLIVER
23
   DATED: January 2, 2015              _____/s/ Cynthia Frey_____
24                                      CYNTHIA FREY
                                        Asst. United States Attorney
25

26     IT IS SO ORDERED.

27 DATED:  January 2, 2013              _____
                                        HON. MAXINE M. CHESNEY
28                                      U.S. District Court Judge

   STIPULATION RE: CONTINUANCE OF SENTENCING DATE